FILED

02/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0088

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

## No. DA 23-0088

BRANDAE LEE ROSSOL,

     Defendant and Appellant,

v.

STATE OF MONTANA,

     Plaintiff and Appellee.

## ORDER

Defendant and Appellant has filed a Motion to Dismiss Appeal pursuant to Rule 16(4) of the Montana Rules of Appellate procedure:

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant personally.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 20 2024